UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

RICHARD VITRANO,

    Defendant.

07 Civ. 11236 (JGK)
96 Cr. 781 (MBM)

ORDER

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-14-08

JOHN G. KOELTL, District Judge:

    The Court has received the attached document entitled "Motion to Expedite Pending 28 U.S.C. § 2255 Illegal Sentence/Beyond Statutory Maximum," which it forwards to the parties. On July 7, 2008, this Court issued an order directing the petitioner to comply with this Court's order dated December 14, 2007 by **August 8, 2008.**

    If the petitioner does not make any additional submissions by that date, the Court may decide the petitioner's motion based on the papers already submitted.

SO ORDERED.

Dated:    New York, New York
            July 14, 2008

                                            John G. Koeltl
                                      United States District Judge