USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD VITRANO,

                Petitioner,

- against -

UNITED STATES OF AMERICA,

                Respondent.

---

96 Cr. 781 (JGK)
07 Civ. 11236 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Clerk of this Court is directed to serve, by certified mail return receipt requested, a copy of this order, together with a copy of the petition and the attached Affirmation, on the United States Attorney for the Southern District of New York (the "Government"), who shall move or answer with respect to the petition for habeas corpus within thirty (30) days from the date of receipt of this order.

The Government shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any federal post-conviction proceedings. The Government shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat. 1214 (1996).

The petitioner's time to reply to the Government's response shall be fifteen (15) days after receipt of the Government's response.

SO ORDERED.

Dated:    New York, New York
            August 1, 2008

                                        JOHN G. KOELTL
                                  UNITED STATES DISTRICT JUDGE